B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Western District of Wisconsin | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schmitz, Brian J.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**(Lou Ann Schmitz), NON-DEBTOR SPOUSE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Brian Schmitz** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**NON-DEBTOR SPOUSE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7352 / 20-2968017** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0454 / 20-2968017** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**110 East Union Street**<br>**Lone Rock, WI**    ZIPCODE **53556** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**110 East Union Street**<br>**Lone Rock, WI**    ZIPCODE **53556** |
| County of Residence or of the Principal Place of Business:<br>**Richland** | County of Residence or of the Principal Place of Business:<br>**Richland** |
| Mailing Address of Debtor (if different from street address)<br>**14501 Atrium Way, #210**<br>**Minnetonka, MN**    ZIPCODE **55345** | Mailing Address of Joint Debtor (if different from street address):<br>**14501 Atrium Way, #210**<br>**Minnetonka, MN**    ZIPCODE **55345** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Keg & Kettle, 104 S. Oak Street, Lone Rock, WI**    ZIPCODE **53556** ||

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☑ Chapter 13        Recognition of a Foreign<br>                    Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. ||

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Schmitz, Brian J.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **Western District Of Wisconsin** | Case Number: **09-10809** | Date Filed: **2/17/09-6/17/09** |
|---|---|---|
| Location Where Filed: **Western District Of Wisconsin** | Case Number: **09-15320** | Date Filed: **8/8/09-10/20/10** |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
   Signature of Attorney for Debtor(s)                Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)     Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Schmitz, Brian J.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Brian J. Schmitz*<br>Signature of Debtor     **Brian J. Schmitz**<br>X _____<br>Signature of Joint Debtor<br>**(608) 574-6491**<br>Telephone Number (If not represented by attorney)<br>**March 14, 2011**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br>_____<br>Printed Name of Foreign Representative<br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Wendy Alison Nora*<br>Signature of Attorney for Debtor(s)<br><br>**Wendy Alison Nora 1017043**<br>**Access Legal Services**<br>**Wendy Alison Nora**<br>**4575 W. 80th Street Circle, #141**<br>**Minneapolis, MN  55437-1139**<br>**(952) 405-8632  Fax: (952) 405-8691**<br>**accesslegalservices.bky@gmail.com**<br><br><br>**March 14, 2011**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>_____<br>Address<br>_____ |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br>_____<br>Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Wisconsin**

**IN RE:**                                                                                    Case No. _____

**Schmitz, Brian J.**                                                                Chapter **13**
Debtor(s)

### EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):
**Keg & Kettle Restaurant and Bar**
**104 S. Oak Street**
**Lone Rock, Wisconsin 53556**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):
**On January 4, 2011, my attorney receied environmental reports prepared for M&I Bank, the mortgagee of the Keg & Kettle property.  We had been requesting those reports since early March, 2009.  There are three (3) reports and the reports indicate that there are chemicals and organic compounds on the premises from the operation of a gas station on the premises a number of decades ago.   My attorney reported the situation to the the Wisconsin Department of Natural Resources (DNR).  My attorney contacted an environmental engineering firm and obtained an estimate of $15,000.00 to comply with the DNR clean-up process.  Preliminarily, that environmental engineer believes that the business could be safely operated on the premises and this is a compliance matter only.   We contend that M&I Bank is responsible for the clean-up and compliance because it failed to report the contamination to the DNR as required by law.  They also failed for 22 months to provide us with any environmental study information for us to make sound business decisions with respect to operating the restaurant and bar on the premises.  We were concerned  that there was a  threat of imminent and identifiable harm to the public health or safety due to the failure of M&I Bank to provide us with the results of the environmental studies.  As a result, we stopped operating the restaurant and bar in early January, 2011.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Western District of Wisconsin**

IN RE:                                                        Case No. _____

Schmitz, Brian J._____ Chapter **13**_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Brian J. Schmitz***_____

Date: **March 14, 2011**_____

```
ADT Security Services, Inc.
SKO Brenner American
P.O. Box 9320
Baldwin, NY  11510


Alliant Energy - Bankrupcy Division
C/O Deb Henkle
300 SHeridan Avenue
Centerville, IA  52544


American Express
C/O Nation Wide Credit
2015 Vaughn Rd., Building 400
Kennesaw, GA  30144


ASAP Heating & Cooling, LLC
886 Cole Street
Spring Green, WI  53588


Attorney Shawn Hillman
BASS & MOGLOWSKY, SC
501 W. Northshore Drive, #300
Milwaukee, WI  53217


Bank Of America
P.O. Box 15019
Wilmington, DE  19886-5019


Biehl & Biehl
P.O. Box 87410
Carol Stream, IL  60188


BMI General Licensing.
P.O. Box 406741
Atlanta, GA  30384-6741
```

```
Butch Strine
E 2803 Thylane Road
Lone Rock, WI  53556


Capital Management Services
726 Exchange St. Suite 700
Buffalo, NY  14210


Capital One Bank
C/O eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ  07193-5480


Carl Busjan
130 Dr. B.J. Reynolds Drive, Apt 204
P.O. Box 204
Lone Rock, WI  53556


Chase Business Account
P.O. Box 94014
Palatine, IL  60094-4014


Chase Home Finance (1st mortgage)
P.O. Box 78116
Phoenix, AZ  85062-8116


Chase Home Finance (2nd mortgage)
P.O. Box 78116
Phoenix, AZ  85062-8116


Citibank (Home Depot)
C/O Northland Group, Inc.
P.O. Box 390905
Edina, MN  55439
```

```
Citibank Credit Card
Po Box 688915
Des Moines, IA   50368-8915


Collins Outdoor Advertising, Inc.
325 N. 3rd Street
P.O. Box 968
LaCrosse, WI   54602


Crysler Financial Corporation
P.O. Box 9001921
Louisville, KY   40290-1921


Culligan
241 W. Haseltine Street
P.O. Box 602
Richland Center, WI   53581


Deustche Bank National Trust Company, NA
C/O GRAY & ASSOCIATES, LLP
16345 W. Glendale Drive
New Berlin, WI   53151


Discover
C/O Capital Management Services
726 Exchange St., Suite700
Buffalo, NY   14210


Elan Financial Services
4325 17th Ave. SW
Fargo, ND   58103


HSBC Bank Nevada, NA
C/O FirstSource Advantage, LLC
P.O. Box 628
Buffalo, NY   14240-0628
```

```
Internal Revenue Service
P.O. Box 804521
Cincinnati, OH  45280-4521


Internal Revenue Service
P.O. Box 70503
Charlotte, NC  28201-0503


Internal Revenue Service
P.O. Box 804522
Cincinnati, OH  45280-4522


JC Penney
PO Box 960090
Orlando, FL  32896-0090


JP Morgan Chase Bank, N.A.
Formerly WAMU (Home Loans)
P.O. Box 100576
Florence, SC  29502-0576


Lee Wayne Company
P.O.Box 657
Sterling, IL  61081


Lone Rock Storage
1028 Fairview Court - P.O. Box 428
Lone Rock, WI  53556


M&I Bank (Corporate account)
Po Box 3052
Milwaukee, WI  53201-3052


M&I Bank (mortgage)
P.O. Box 3203
Milwaukee, WI  53201-3203
```

Office Of The United States Trustee
720 Regent Street, Suite 304
Madison, WI   53715-2635


Prairie Clinic SC
112 Helen Street
Sauk City, WI   53583


Richland County
Revolving Loan Fund
181 Seminary Street
RIchland Center, WI   53581


Richland County Treasurer
P.O. Box 348
Richland Center, WI   53581


River Valley Publishing Company, Inc.
Home News & Buyer's Guide
120 N. Worcester St., P.O. Box 39
Spring Green, WI   53588


RJS Financial
P.O. Box 2149
Addison, TX   75001


Sauk Prairie Memorial Hospital
C/O State Collection Service, Inc.
P.O. Box 6250
Madison, WI   53716-0250


Sears Gold Mastercard (Acct End 6013)
C/O Credit Control
P.O. Box 4521
Chesterfield, MO   63006

```
StoresOnline
C/O Duvera Financial
5620 Paseo Del Norte, #127-233
Carlsbad, CA  92008


Telegraph Herald
8th & Bluff
Dubuque, IA  52001


The Hartford
P.O. Box 2907
Hartford, CT  06104-2907


The Richland Observer
P.O. Box 31
172 Court Street
Richland Center, WI  53581


Town & Country Sanitation
P.O. Box 7
Boscobel, WI  53805


Vein Clinics Of America, Inc.
1901 Butterfield Road #220
Downers Grove, IL  60515


VISA Classic Credit Card
Po Box 790408
St. Louis, MO  63179-0408


Wells Fargo Bank, N.A.
C/O Customer Management
P.O. Box 95225
Albuquerque, NM  87199-5225
```

```
Wells Fargo Bank, N.A.
P.O. Box 4233
Portland, OR  97206-4233


Wisconsin Department Of Revenue
P.O. Box 8981
Madison, WI  53708


Wisconsin Department Of Revenue
P.O. Box 8901
Madison, WI  53708


Wisconsin Department Of Revenue
2135 Rimrock Road
Madison, WI  53708


Wisconsin Dept Of Workforce Development
Unemployment Insurance
P.O. Box 7945
Madison, WI  53707-7945


Wisconsin Dept Of Workforce Development
Worker's Comp-Uninsured Employer's Fund
201 E Wash Rm C100 - P.O. Box 7901
Madison, WI  53707-7901


Wisconsin Pathologists
C/O National Account Systems Of Madison,
P.O. Box 44207
Madison, WI  53744


WRCO AM 1450 Statement
Fruit Broadcasting, Inc.
P.O. Box 529
Richland Center, WI  53581
```

**United States Bankruptcy Court**
**Western District of Wisconsin**

IN RE:                                                                                      Case No. _____

Schmitz, Brian J._____                                    Chapter **13**_____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ **2500.00**

   Prior to the filing of this statement I have received ........................................................ $ _____

   Balance Due ........................................................................................ $ _____

2. The source of the compensation paid to me was:    ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:    ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]
   **$250.00 per hour for all services not listed above.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **All services not listed above.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**March 14, 2011**_____          **/s/ Wendy Alison Nora**_____
            Date                          **Wendy Alison Nora 1017043**
                                          **Access Legal Services**
                                          **Wendy Alison Nora**
                                          **4575 W. 80th Street Circle, #141**
                                          **Minneapolis, MN  55437-1139**
                                          **(952) 405-8632  Fax: (952) 405-8691**
                                          **accesslegalservices.bky@gmail.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only